# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILDARDO LUGO CERBANTES,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION LLC,<br><br>Defendants. | Case No.: 4:25-cv-05113-JST<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax Information Services, LLC.

**IT IS SO ORDERED**.

Dated: January 16, 2026

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE